LAW OFFICES OF MAXWELL E. LIN
Maxwell E. Lin (SBN 140673)
Marjorie Minnetian (SBN 150381)
2707 E. Valley Blvd., Suite 308
City of Industry, CA 91748
Tel. : 626-839-8797
Fax : 626-839-8067

Attorneys for Plaintiff
Chinese Daily News, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINESE DAILY NEWS, INC., a California corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SHOLIN TAY, an individual; SHO TAY, an individual; JING YANG, an individual; and DOES 1 to 10, inclusive<br><br>　　　　　　　　Defendants. | Case No. CV10 10079 JAK (JEMx)<br><br>**REQUEST FOR ENTRY OF DISMISSAL and ORDER** |

**TO THE COURT AND ALL THE PARTIES HEREIN THIS ACTION:**

Plaintiff CHINESE DAILY NEWS, INC. on the one hand and defendants SHOLIN TAY, SHO TAY and JING YANG on the other hand, through and by their respective attorneys of record request that the above entitled action be dismissed with prejudice.

WHEREAS, the parties have settled the subject matter, and a Settlement and Mutual Release Agreement has been entered into by the parties herein.

**THEREFORE**, it is hereby stipulated by the parties to this action, through and by their respective counsel, that subject to the terms and conditions set forth in the Settlement and Mutual

1

REQUEST FOR ENTRY OF DISMISSAL and ORDER

Release Agreement, a true and correct copy of which is attached hereto, the above entitled action shall be dismissed with prejudice.

Dated: November 4, 2011          CHIAO & WU, LLP

By: _____
Sandy Wu, Attorney for Defendants
Sholin Tay, Sho Tay and Jing Yang

Dated: November 4, 2011          LAW OFFICES OF MAXWELL E. LIN

By: _____
Maxwell E. Lin, Attorney for Plaintiff
Chinese Daily News, Inc.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY SO ORDERED.

DATED: _____   _____
John A. Kronstadt
United States District Judge